# EXHIBIT B



November 8, 2018

Dr. Steve Perry
ConSeal International
90 Kerry Place, Suite 2
Norwood, MA 02062

**VIA:** email sperry@consealint.com

**RE:  Termination of License Agreement dated May 20th, 2015**

Dear Dr. Perry:

Please consider this letter formal notification to Terminate the License Agreement between Preserve International, Inc. and Conseal International, Inc., surrounding the Licensed Products, specifically the MAXKLOR chlorine dioxide solution.

Pursuant to Section 11 of the Agreement, either Party may terminate this Agreement with thirty days (30) written notice.  As the Licensee, we are simply unable to continue in this Agreement and feel it is best to terminate the Agreement, which was due to expire December 31, 2019, on December 31, 2018.   We do not enter into this decision lightly, but due to failure of Conseal fulfil the commercial intent of the Agreement we have no other choice.   Conseal's resistance to work with Preserve in adapting to market pricing of the product given alternative chemistries and pricing pressures in the Market Segments, we are simply unable to sell the License Products into the Territory anymore.

As we have existing purchase orders in place, Neogen will guarantee payment on all outstanding orders and each should be fulfilled as per individual instruction.

Subject to Section 5 of the Agreement, Preserve shall cease and terminate all use of the Trademarks and Trade Names upon Termination of the Agreement.  Preserve will release all its rights and will not make any claims on Conseal.  This will allow Conseal to immediately seek new Licensees in the Territory.

Respectfully submitted, .

Terri Morrical
Vice President, Animal Safety
tmorrical@neogen.com
859 -254-1221

cc: John Adent, CEO

**Neogen Corporation**
620 Lesher Place, Lansing MI 48912
517/372-9200     •     800/234-5333     •     fax: 517/372-0108
neogen-info@neogen.com     •     www.neogen.com