UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61242- BLOOM/Valle

CONSEAL INTERNATIONAL
INCORPORATED,

    Plaintiff,

v.

NEOGEN CORPORATION,

    Defendant.
_____/

**LIST OF EXHIBITS FOR DEFENDANT'S BRIEF IN
OPPOSITION OF MOTION FOR LEAVE TO ADD PARTY**

| | |
|---|---|
| Exhibit 1 | NEOG000001624 |
| Exhibit 2 | NEOG000001593 |
| Exhibit 3 | Plaintiff's Initial Disclosures |
| Exhibit 4 | Plaintiff's First Set of Interrogatories to Defendant, Neogen Corporation |