UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61242-CIV- BLOOM/VALLE

CONSEAL INTERNATIONAL
INCORPORATED, a Florida corporation,

       Plaintiff,

v.

NEOGEN CORPORATION, a Michigan
corporation,

       Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CONSEAL INTERNATIONAL INCORPORATED ("ConSeal" or "Plaintiff"), and Defendant, NEOGEN CORPORATION ("Neogen" or "Defendant") (collectively the "Parties"), by and through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in principle on all pending claims and defenses in this action but need time to execute a formal written agreement memorializing the terms of their settlement in principle. The parties will file an appropriate pleading dismissing this action upon completion and execution of a formal written settlement agreement. The parties request that the Court provide them with ten (10) days to file the appropriate pleading dismissing this action to provide the parties adequate time to prepare and execute a formal written agreement.

Dated: October 8, 2020

By: /s/ Joshua D. Martin
**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.

Respectfully submitted,

By: /s/ Andrew W. Clark
**Raechel T.X. Conyers**
Florida Bar No. 1010402
E-Mail: rconyers@honigman.com
**J. Michael Huget** *(admitted pro hac vice)*

1

| | |
|---|---|
| 500 W. Cypress Creek Rd.<br>Suite 430<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 790-6699<br>Facsimile: (954) 206-0017<br>*Counsel for Plaintiff* | E-Mail: mhuget@honigman.com<br>**Andrew W. Clark** *(admitted pro hac vice)*<br>E-Mail: aclark@honigman.com<br>HONIGMAN LLP<br>315 E. Eisenhower Parkway, Suite 100<br>Ann Arbor, Michigan 48108<br>Telephone: (734) 418-4254<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of October 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin
Joshua D. Martin

## SERVICE LIST

*CONSEAL INTERNATIONAL INCORPORATED v. NEOGEN CORPORATION*
CASE NO. 19-61242-CIV- BLOOM/VALLE

| | |
|---|---|
| **Joshua D. Martin**<br>E-Mail: josh.martin@johnsonmartinlaw.com<br>JOHNSON & MARTIN, P.A.<br>500 W. Cypress Creek Rd.<br>Suite 430<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 790-6699<br>Facsimile: (954) 206-0017 | **Raechel T.X. Conyers**<br>E-Mail: rconyers@honigman.com<br>**J. Michael Huget** *(admitted pro hac vice)*<br>E-Mail: mhuget@honigman.com<br>**Andrew W. Clark** *(admitted pro hac vice)*<br>E-Mail: aclark@honigman.com<br>HONIGMAN LLP<br>315 E. Eisenhower Parkway, Suite 100<br>Ann Arbor, Michigan 48108<br>Telephone: (734) 418-4254 |